UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREW CORDOVA,<br><br>                               Plaintiff,<br><br>        v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, et al.,<br><br>                               Defendants. | Case No. 2:13-CV-1111-KJD-VCF<br><br>ORDER |

Before the Court is Defendant American Family Mutual Insurance Company's ("American Family") Motion to Dismiss (#30). Plaintiff Cordova responded (#32) and American Family replied (#33).

All parties agree that Nevada does not recognize a separate cause of action for Breach of Fiduciary Duty against an insured. All parties also agree that the claim for "Breach of Fiduciary Duty" should be dismissed on that basis.

Accordingly, the Motion to Dismiss is **HEREBY GRANTED**.

DATED this 8th day of April, 2015.

_____
Kent J. Dawson
United States District Judge