ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*American Family Mutual Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANDREW CORDOVA,<br><br>          Plaintiff,<br><br>          vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOE INDIVIDUALS I-X AND ROE CORPORATINS I-X, inclusive,<br><br>          Defendants. | CASE NO: 2:13-cv-1111-KJD-VCF<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY ("Defendant"), by and through its attorneys of record Robert W. Freeman, Esq. and Pamela L. McGaha, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request that Gregory S. Bean, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ /

4823-4901-6113.1

Gregory S. Bean, Esq. is no longer with Lewis Brisbois Bisgaard & Smith, LLP. Given the appearance of these attorneys on behalf of Defendant, no party will be prejudiced by the counsel's withdrawal.

DATED this 20th day of May, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  */s/ Robert W. Freeman*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 8181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
*Attorneys for Defendant American Family Mutual Insurance Company*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 23, 2016



4823-4901-6113.1

2

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 20th day of May, 2016, I did cause a true and correct copy of **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** in *Cordova, Andrew v. American Family Mutual Insurance Company*, United States District Court Case No. 2:13-cv-1111-KJD-VCF, to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Andrew M. Leavitt, Esq.
LAW OFFICES OF ANDREW M. LEAVITT
633 South Seventh Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

By  /s/ Kellene McKay
Kellene McKay, an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP
Email: Kellene.McKay@lewisbrisbois.com

4823-4901-6113.1

3