ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*American Family Mutual Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| ANDREW CORDOVA, | CASE NO: 2:13-cv-1111-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOE INDIVIDUALS I-X AND ROE CORPORATINS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and among Plaintiff ANDREW CORDOVA and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY by and through their respective counsel of record, that all of the above-entitled action shall be dismissed,

…

…

…

…

…

…

…

…

4835-7804-5016.1

with prejudice, each party to bear their own attorneys fees and costs.

DATED this 31 day of December, 2017.   DATED this 2 day of January 2018.

LAW OFFICES OF ANDREW M. LEAVITT

/s/ Andrew M. Leavitt
ANDREW M. LEAVITT, ESQ.
Nevada Bar No. 3989
633 South Seventh Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff
*ANDREW CORDOVA*

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*AMERICAN FAMILY MUTUAL INSURANCE CO.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE